**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KIRBY LAVALLEE,**

    **Plaintiff,**

                                  CASE NO.: 8:20-cv-02159-CEH-TGW

    v.

**CHAD CHRONISTER as Sheriff, Hillsborough County, Florida; JARED WHITE, individually; and KRISTI POORE, individually,**

    **Defendants.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_ IS       related to pending or closed civil or criminal case(s) previously filed in this Court, any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_ IS NOT   related to any pending or closed civil or criminal case filed with this Court, any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 30th day of September, 2020.

                                          Respectfully submitted,

                                          /s/Christopher M. Bentley
                                          Christopher M. Bentley
                                          Florida Bar No. 052616
                                          Colby J. Ellis, Esquire

>Florida Bar No.: 1019588
>Johnson Jackson PLLC
>100 N. Tampa Street, Suite 2310
>Tampa, FL 33602
>Telephone: (813) 580 - 8400
>Facsimile: (813) 580 - 8407
>E-mail: cbentley@johnsonjackson.com
>cellis@johnsonjackson.com
>Secondary E-mail:
>jshinn@johnsonjackson.com
>lstillwell@johnsonjackson.com
>
>Attorneys for the Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of September 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>/s/ Christopher M. Bentley
>Attorney