UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KIRBY LAVALLEE,**

    **Plaintiff,**

                                      CASE NO.: 8:20-cv-02159-CEH-TGW

v.

**CHAD CHRONISTER as SHERIFF,
HILLSBOROUGH COUNTY
FLORIDA; JARED WHITE (individually);
And KRISTI POORE (individually)**

    **Defendants.**
_____/

### PLAINTIFF'S MOTION FOR STAY PENDING MANDAMUS

Plaintiff, KIRBY LAVALLEE, through his counsel and pursuant to M.D. Local Rule 3.01, files his Motion for Stay Pending Mandamus and states the following in support thereof:

1.    This matter is set for the trial term beginning April 4, 2022, per the scheduling Order [Doc. 21]. Discovery concluded on September 3, 2021.

2.    Plaintiff has a single count whistle blower retaliation claim under Florida Statute § 112.3187, et seq.

3.    At issue in this case, is whether Defendant's stated reasons for firing Plaintiff were pretextual. One way Plaintiff intends to demonstrate pretext is by showing that other employees were not fired when they committed the same or similar offenses for which Defendant states Plaintiff was fired for.

4. Plaintiff contends that he was terminated from Defendant for reporting his supervisor, Sgt. Jerry White, for falsification of official documents and perjury. Plaintiff's accusations against Sgt. White were sustained but White received only a letter of reprimand; he was later demoted to deputy for falsifying his timecards. Plaintiff, in contrast, was terminated.

5. On January 5, 2022, Plaintiff filed a Mandamus action in Circuit Court relating to public records requests previously served on Defendant. Plaintiff seeks a stay of the instant action pending the conclusion of the Mandamus action.

6. Two separate public records requests were served by the undersigned on Defendant on September 30, 2021 and December 7, 2021. To date, Defendant has failed to produce many of the documents responsive to the public records requests.

7. For the past several months, Plaintiff's counsel has attempted to obtain the materials requested in both Public Records Requests to no avail. Defendant has been dilatory and stonewalling Plaintiff's efforts to obtain this evidence.

8. The information contained within the documents sought are pertinent to the issue of pretext. Plaintiff needs to obtain these public records in order to be able to fully litigate this matter.

9. This Motion is not filed for the purpose of delay but is filed in good

faith based on the representations made herein.

WHEREFORE, Plaintiff respectfully requests this case be stayed until the conclusion of the mandamus action and production of documents relating to the mandamus, should Plaintiff prevail in the mandamus action, all for the reasons set forth more fully above.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned has conferred with Defendant's counsel, Christopher Bentley, via telephone regarding the instant motion. Mr. Bentley advised that Defendant opposes the relief requested herein.

Respectfully submitted,

/s/ Katherine L. Viker
Katherine L. Viker [FBN 538531]
MARIE A. MATTOX, P. A.
203 North Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to all counsel of record via CM/ECF this 22nd day of February, 2022.

/s/ Katherine L. Viker
Katherine L. Viker